**DEPARTMENT OF THE TREASURY**
**BUREAU OF ALCOHOL, TOBACCO AND FIREARMS**

**APPLICATION FOR LICENSE**
UNDER 18 U.S.C. Chapter 44, FIREARMS

FOR ATF USE ONLY: FO 100 M₀₁₀

FOR INTERNAL REVENUE SVC. CTR. USE ONLY: 3165606270005

1. **NAME OF OWNER OR CORPORATION:** *(If partnership, include name of each partner)*
JAMES THOMAS FARMER, JR.
FP 4310298669-10883
MFA 4310298669-10883
BOTH EXP. 5-1-79

2. **TRADE NAME, IF ANY**
JIM'S GUNS & WHATEVER

3. **EMPLOYER IDENTIFICATION NUMBER OR SOCIAL SECURITY NO.**

4. **NAME OF COUNTY IN WHICH BUSINESS IS LOCATED**
GREENE

5. **BUSINESS ADDRESS** *(RFD or street no., city, state, zip code)*
1148 RICHFIELD CENTER
DAYTON, OHIO 45430

6. **BUSINESS LOCATION** *(If no street address in item 5, show directions & distance from nearest P.O. or city limits)*
1148 RICHFIELD CENTER
DAYTON, OHIO 45430

7. **TELEPHONE NUMBER** *(Include Area Code)*
BUSINESS (UNKNOWN AT PRESENT) 513-429-2606 6-10-81 JW
RESIDENCE 513-256-9024

8. **APPLICANT'S BUSINESS IS**
[X] INDIVIDUALLY OWNED
[ ] A CORPORATION
[ ] A PARTNERSHIP
[ ] OTHER (Specify)

9. **APPLICANT'S BUSINESS IS LOCATED IN**
[X] A COMMERCIAL BUILDING
[ ] A RESIDENCE (See instruction 4)
[ ] OTHER (Specify)

10. **IS ANY BUSINESS OTHER THAN THAT FOR WHICH THE LICENSE APPLICATION IS BEING MADE CONDUCTED ON THE BUSINESS PREMISES.** *(If "Yes" give the general nature of that business)*
[X] YES — SALES OF SURPLUS ITEMS & POLICE SUPPLIES BY APPLICANT
[ ] NO

11. APPLICATION IS MADE FOR A LICENSE UNDER 18 U.S.C. CHAPTER 44 as a: *(Place an (X) in column (b) of the appropriate line. Submit the fee shown in column (c) with the application.)*

| LINE NO. | TYPE OF LICENSE | "X" b | FEE c |
|---|---|---|---|
| 1 | IMPORTER OF DESTRUCTIVE DEVICES OR AMMUNITION FOR DESTRUCTIVE DEVICES | | $1,000 |
| 2 | IMPORTER OF FIREARMS OTHER THAN DESTRUCTIVE DEVICES OR AMMUNITION FOR OTHER THAN DESTRUCTIVE DEVICES | | $50 |
| 3 | MANUFACTURER OF DESTRUCTIVE DEVICES OR AMMUNITION FOR DESTRUCTIVE DEVICES | | $1,000 |
| 4 | MANUFACTURER OF FIREARMS OTHER THAN DESTRUCTIVE DEVICES | | $50 |
| 5 | MANUFACTURER OF AMMUNITION FOR FIREARMS OTHER THAN DESTRUCTIVE DEVICES | X | $10 |
| 6 | DEALER IN DESTRUCTIVE DEVICES OR AMMUNITION FOR DESTRUCTIVE DEVICES | | $1,000 |
| 7 | PAWNBROKER DEALING IN FIREARMS OTHER THAN DESTRUCTIVE DEVICES OR AMMUNITION FOR FIREARMS OTHER THAN DESTRUCTIVE DEVICES | | $25 |
| 8 | DEALER IN FIREARMS OTHER THAN DESTRUCTIVE DEVICES OR FOR OTHER THAN DESTRUCTIVE DEVICES (INCLUDES: [X] Rifles [X] Shotguns [X] Pistols [X] Revolvers [ ] Ammunition only [X] Gunsmith activities [ ] NFA Weapons) (Check one or more) | X | $10 |
| 9 | COLLECTOR OF CURIOS AND RELICS (Note: Omit items 13 and 14 if checked here.) | | $10 |

Stamp: RECEIVED FEB 24 1978 Revenue Center Director...

12. **PAYMENT FOR THE LICENSE, MADE PAYABLE TO THE INTERNAL REVENUE SERVICE IS ATTACHED OR ENCLOSED IN THE FORM OF:**
[X] CHECK [ ] MONEY ORDER [ ] OTHER (Specify)
**AMOUNT SUBMITTED** $20.00

13. **HOURS OF OPERATION OF APPLICANT'S BUSINESS**

| TIME | SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|---|
| OPEN | — | 10AM | 10AM | 10AM | 10AM | 10AM | 9AM |
| CLOSE | — | 6PM | 6PM | 6PM | 6PM | 6PM | 5PM |

14. **ARE THE APPLICANT'S BUSINESS PREMISES OPEN TO THE GENERAL PUBLIC DURING THESE HOURS**
[X] YES
[ ] NO (If no, give explanation on separate sheet)

15. **APPROXIMATELY HOW MANY FIREARMS WERE SOLD BY APPLICANT DURING THE PRECEDING TWELVE MONTHS**
NONE

16. **IS APPLICANT PRESENTLY ENGAGED IN A BUSINESS REQUIRING A FEDERAL FIREARMS LICENSE** *(If yes, answer 17 to 20)*
[X] YES [ ] NO
OFFICER IN AMMO MANF. CORP

17. **PRESENT LICENSE NUMBER**
43 5O6J8-06518

18. **DATE FIREARM BUSINESS COMMENCED**
AUGUST 1968

IF BUSINESS OBTAINED FROM SOMEONE ELSE GIVE

19. NAME

20. LICENSE NUMBER

ATF Form 7 (10-75)   PREVIOUS EDITIONS ARE OBSOLETE   **Government Exhibit B**   PAGE 1

| | | | | |
|---|---|---|---|---|
| 21. LIST BELOW THE INFORMATION REQUIRED FOR EACH INDIVIDUAL OWNER, PARTNER, AND OTHER RESPONSIBLE PERSONS (see Instruction 6) IN THE APPLICANT BUSINESS. IF A FEMALE, LIST GIVEN NAMES AND MAIDEN, IF MARRIED, e.g., "MARY ALICE (SMITH) JONES," NOT "MRS. JOHN JONES." (If additional space is needed use a separate sheet) | | | | |
| FULL NAME | POSITION AND SOCIAL SECURITY NO. | HOME ADDRESS (Include Zip Code) | PLACE OF BIRTH | DATE OF BIRTH |
| *JAMES THOMAS FARMER, JR. | OWNER 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 | 1121 HOLLY AVENUE DAYTON, OHIO 45410 | DAYTON, OHIO | JUNE 18, 1948 |

NOTE: IN ANSWER TO #22 B&C, I AM CURRENTLY VICE PRESIDENT OF CBR LABS, INC., A LICENSED AMMO MANF. I ONCE APPLIED FOR A FIREARMS DEALERS LICENSE AND WAS TURNED DOWN BECAUSE I HAD NO RETAIL SALES LOCATION, ALTHOUGH I HAVE ONE NOW. IF IT WILL SIMPLIFY CHECKING ME OUT, I CURRENTLY HOLD DAYTON SPECIAL POLICE BADGE #1656.

Stamps: JAN 1979 AREA SUPV. OFC.; 78 MAR 8 AM 8:58 BUR ATF CENTRAL REGION TECH. SERVICES

| 22. HAS APPLICANT OR ANY PERSON LISTED ABOVE: (If "Yes" place an (*) by the name and show the city and state at right) | YES | NO | CITY |
|---|---|---|---|
| A. HELD A FIREARMS LICENSE | | X | DAYTON |
| B. BEEN DENIED FIREARMS LICENSE (HAD NO SALES LOCATION AT TIME) | X | | |
| C. BEEN AN OFFICER IN A CORPORATION DEALING IN FIREARMS (AMMO MANF.) | X | | STATE |
| D. BEEN AN EMPLOYEE RESPONSIBLE FOR FIREARMS ACTIVITIES OF A LICENSED DEALER | | X | OHIO |

| GIVE FULL DETAILS ON SEPARATE SHEET FOR ALL "Yes" ANSWERS IN ITEMS 23 & 24. | | YES | NO |
|---|---|---|---|
| 23. IS APPLICANT OR ANY PERSON NAMED IN ITEM 21 ABOVE: | A. CHARGED BY INFORMATION OR UNDER INDICTMENT IN ANY COURT FOR A CRIME PUNISHABLE BY IMPRISONMENT FOR A TERM EXCEEDING ONE YEAR | | X |
| | B. A FUGITIVE FROM JUSTICE | | X |
| | C. AN ALIEN WHO IS ILLEGALLY OR UNLAWFULLY IN THE UNITED STATES | | X |
| | D. UNDER 21 YEARS OF AGE | | X |
| | E. AN UNLAWFUL USER OF OR ADDICTED TO MARIHUANA OR ANY DEPRESSANT, STIMULANT OR NARCOTIC DRUG | | X |
| 24. HAS APPLICANT OR ANY PERSON NAMED IN ITEM 21 EVER: | A. BEEN CONVICTED IN ANY COURT OF A CRIME PUNISHABLE BY IMPRISONMENT FOR A TERM EXCEEDING ONE YEAR | | X |
| | B. BEEN DISCHARGED FROM THE ARMED FORCES UNDER DISHONORABLE CONDITIONS | | X |
| | C. BEEN ADJUDICATED AS A MENTAL DEFECTIVE OR BEEN COMMITTED TO ANY MENTAL INSTITUTION | | X |
| | D. RENOUNCED HIS CITIZENSHIP, HAVING BEEN A CITIZEN OF THE UNITED STATES | | X |

25. CERTIFICATION: Under the penalties imposed by 18 U.S.C. 924, I declare that I have examined this application and the documents submitted in support thereof, and to the best of my knowledge and belief, they are true, correct and complete.

SIGN HERE: James T. Farmer, Jr.  TITLE:  DATE: 2/23/78

FOR ATF USE

26. APPLICATION IS: ☑ APPROVED  ☐ TERMINATED  ☐ DISAPPROVED

(Give reasons for terminated or disapproved application)

SIGNATURE OF REGIONAL DIRECTOR: Joyce Thompson  DATE: APR 11 1978

DETACH INSTRUCTIONS BEFORE FILING
U.S. GOVERNMENT PRINTING OFFICE: 1976-627-463  PAGE 2